ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| SHAKIL SHAFIQUE, FERDOUSI BEGUM Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS<br><br>Recurridos<br><br>v.<br><br>CONSEJO DE TITULARES DEL CONDOMINIO CASTILLO DEL MAR; COMPAÑÍA DESCONOCIDA X; UNIVERSAL INSURANCE COMPANY; JOSÉ RULLÁN, FULANA DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS; COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO; ÁLVARO RAMÍREZ; MEIR ELOZOR HURWITZ; COMPAÑÍAS ASEGURADORAS A, B Y C<br><br>Peticionarios | TA2026CE00622 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.: CA2022CV01622<br><br>Sala: 403<br><br>Sobre: Daños y Perjuicios |
|---|---|---|

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Cruz Hiraldo y el Juez Sánchez Báez

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 18 de mayo de 2026.

Examinado el *Escrito de Certiorari,* así como la *Moción en Auxilio de Jurisdicción* presentados el 15 de mayo de 2026 por la parte peticionaria, Consejo de Titulares del Condominio Castillo del Mar y Universal Insurance Company, el Tribunal dispone lo siguiente:

Se declara **no ha lugar** a la Solicitud de Auxilio de Jurisdicción. En cuanto al *Recurso de Certiorari,* se deniega por no cumplir elementos de la Regla 40 de nuestro Reglamento. *In re*

*Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 63, 216 DPR __ (2025).[1]

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Determinamos prescindir de la comparecencia de la parte recurrida, conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, pág. 15, 216 DPR __ (2025).